IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 4: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

V.                                    Cr. No. 05-20042-Ma

COURTNAY DURR

### ORDER MODIFYING CONDITIONS OF BOND

After a hearing on an oral motion by defense counsel, the court determines that the motion should be GRANTED. The defendant's bond is reduced to $7500 with 10% to be deposited with the Clerk's Office. All other conditions of release previously imposed are to remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: September 08, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20042 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT