IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸CS⧹ D.C.

05 SEP 21 PM 2: 35

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                     NO. 05-20042-Ma

COURTENAY DURR,

    Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

    Before the court is the September 16, 2005, motion of defendant Courtenay Durr, to waive his appearance at the report date on September 23, 2005.

    The defendant's signed waiver of appearance was submitted with the motion. For good cause shown, Courtenay Durr's appearance is waived at the report date set on September 23, 2005, based on his written waiver.

    It is so ORDERED this 21st day of September, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-22-05

19

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20042 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT